IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RONALD LAFFOON, JR.,**

      **Plaintiff,**

v.                                           **CASE NO. 5:13-cv-31-RS-CJK**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**[1]

      **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 39). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision to deny the applications for disability insurance benefits are **REVERSED** and **REMANDED** to the ALJ for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter a final judgment for Plaintiff.

**ORDERED** on March 20, 2014.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK
                                         UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin is substituted as the defendant in this case.