IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD LAFFOON, JR.,

      Plaintiff,

v.                                    CASE NO. 5:13-cv-31-RS-CJK

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23).  No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The application for attorney's fees under the Equal Access to Justice Act (Doc. 18) is **GRANTED** in the amount of $6,819.06, to be paid by Defendant Commissioner within a reasonable time of this Order. The Commissioner shall send such payment to Plaintiff's counsel's office address.

**ORDERED** on July 22, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**