IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RONALD LAFFOON, JR.,**

    **Plaintiff,**

v.                                   **Case No. 5:13cv31-MW/CJK**

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation as to reasonable attorney's fees. ECF No. 27. No objections have been filed by the parties. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for attorney's fees, ECF No. 25, is **GRANTED** in the amount of $32.076.00. The Commissioner shall pay the sum of $32,076.00 to Plaintiff's counsel from Plaintiff's past-due benefits. Plaintiff's counsel shall refund to Plaintiff the sum of $6,819.06, which is equal to

1

the amount of the EAJA fees previously awarded in this case." The Clerk shall close the file.

**SO ORDERED on January 17, 2017.**

<span style="margin-left:auto">s/Mark E. Walker<br>**United States District Judge**</span>